IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES MCDONALD                                                                                      PLAINTIFF

VS.                                                                                     CAUSE NO. 2:11cv202-JMV

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                                                      DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

THIS DAY this cause having come on for hearing on the Attorney for Plaintiff's Ore Tenus Motion for Extension of time in which to file a memorandum of authorities in the above cause, and the Court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion, does Order as follows:

That the Plaintiff herein is hereby allowed an extension of time in which to file his memorandum of authorities in the above styled and numbered cause, said extension to run through and including the 21st day of May, 2012.

SO ORDERED this the 30th day of April, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE